# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| KARONN SKINNER, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-104 |
| | * | |
| v. | * | |
| | * | |
| HILTON HALL; JOSEPH K. MULHOLLAND; BILLY GRANTHAM; and SAMUEL OLENS, | * | |
| | * | |
| Defendants. | * | |

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's December 14, 2016, Report and Recommendation, (dkt. no. 5), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 10 day of January, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)